# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Bobby Moore, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00362-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Wal-Mart Stores East, LP, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 12, 2018 Order.

January 12, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court